IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDT CARMICHAEL, ET AL.                                      PLAINTIFFS

v.                                    No. 4:03CV00974 GH

OMNI DISTRIBUTION, INC., ET AL.                                DEFENDANTS

### **ORDER**

By order filed on August 29th, the Court granted plaintiffs' motion to refer the recently filed discovery motions to the Magistrate Judge for determination. Due to a communication oversight in the Clerk's office, Magistrate Judge Cavaneau's office did not receive notice of the referral for over a week. After considering this month's criminal duties of the Magistrate Judge, the numerous recent filings regarding discovery, and the fast approaching deadlines including the October 3rd discovery cutoff, it is apparent that additional time is needed to comprehensively deal with these pretrial matters.

Accordingly, the jury trial is rescheduled to the week of June 5, 2006; the discovery cutoff is March 20, 2006, and all motions pertaining to discovery matters must be filed within fifteen days in advance of the discovery cutoff date; dispositive motions including Daubert motions are to be filed by April 3, 2006; pretrial disclosure sheets must be filed by April 17, 2006 as well as the exchange of exhibit and witness lists with copies given to the courtroom deputy; motions in limine are to be filed no later than 20 days prior to trial; and jury instructions are to be submitted to the

Court by May 22, 2006.  The parties may request a settlement conference to be conducted by the Magistrate Judge at any time but no later than 20 days prior to trial.

    IT IS SO ORDERED this 23rd day of September, 2005.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE