IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| BRANDT CARMICAL AND<br>MANDEE CARMICAL | PLAINTIFFS |
| VS.   NO. 4:03CV00974 GH | |
| OMNI DISTRIBUTION, INC.,<br>ARMOR HOLDINGS, INC., AND<br>DEFENSE TECHNOLOGY CORPORATION<br>OF AMERICA, INC. | DEFENDANTS |

## DEFENDANTS' EVIDENTIARY DEPOSITION DESIGNATIONS

Come now the Defendants, Armor Holdings, Inc. and Defense Technology Corporation of America, Inc., by and through their attorneys, Huckabay, Munson, Rowlett & Moore, P.A., and in compliance with the Court's Order designates the following pertinent portions of depositions to be used as evidence in this matter:

1. The entire deposition of Randall Mattson-Laurent taken October 7, 2005.

2. The following pertinent portions of the deposition of David DuBay taken May 18, 2006:

   (Page 4, Line 18 through Page 5, Line 4)

   (Page 16, Line 12 through Page 20, Line 12)

   (Page 21, Line 5 through Page 21, Line 15)

   (Page 21, Line 20 through Page 22, Line 20)

   (Page 50, Line 14 through Page 50, Line 18)

   (Page 51, Line 14 through Page 62, Line 6)

   (Page 73, Line 22 through Page 82, Line 4)

(Page 88, Line 6 through Page 88, Line 18)

(Page 89, Line 8 through Page 95, Line 23)

(Page 99, Line 2 through Page 99, Line 7)

(Page 103, Line 9 through Page 104, Line 16)

(Page 107, Line 22 through Page 114, Line 9)

(Page 122, Line 5 through Page 131, Line 18)

(Page 131, Line 22 through Page 136, Line 15)

(Page 140, Line 12 through Page 144, Line 22)

        Respectfully submitted,

        HUCKABAY, MUNSON, ROWLETT & MOORE
        4285 N. Shiloh, Ste. 108
        Fayetteville, AR 72703
        479/695-1991

        /s/ Mark Breeding

By: _____
        MARK S. BREEDING
        *Attorney for Armor Holdings, Inc. and*
        *Defense Technology Corporation of America, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Tab Turner
Attorney for
Turner & Associates
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
E-mail: tab@tturner.com

Randall W. Morley
Attorney for
4705 Somers Avenue, Suite 1018
North Little Rock, AR 72116
E-mail: rwmorley@yahoo.com; rwmorley@swbell.net

     I hereby certify that on August 7, 2006, I mailed the document and a copy of the Notice of Electronic Filing (NEF) by United States Postal Service to the following non CM/ECF participant:

Peter D. Durney
Attorney for
Durney & Brennan, Ltd.
691 Sierra Rose Drive, Suite A
Reno, NV 89511-2060

                                                                          /s/ *Mark Breeding*
                                                                  MARK S. BREEDING