**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

BRANDT CARMICAL AND
MANDEE CARMICAL                                                                               PLAINTIFFSS

VS.                                        NO. 4:03CV00974 GH

OMNI DISTRIBUTION, INC.,
ARMOR HOLDINGS, INC., AND
DEFENSE TECHNOLOGY CORPORATION OF
AMERICA, INC.
                                                                                                                DEFENDANTS

**PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY**

The Plaintiffs designate all or part of the following depositions for use at trial. Given that expert discovery is ongoing, it is impossible for us to designate precise page and lines. Although we do expect to be able to narrow down the volume once discovery is completed, the following depositions are being designated for us in their entirety at this point:

1. Michelle Stebbins (previously provided)

2. Sgt. Larry Hendrickson (previously provided)

3. Robert Oliver (Hilton v. Armor)

4. David DuBay (Hilton v. Armor)

5. Dr. Annette Meador (7/18/06)

6. David DuBay (Carmical)

7. David Kelner (Carmical)

8. Roger Cox (Carmical)

9. Deborah Conley

10. Bill Moles

11. All Armor employees deposed in this litigation

        RESPECTFULLY SUBMITTED,

        C. Tab Turner
        Ark. Bar No. 85158
        Turner & Associates, P.A.
        4705 Somers Ave., Suite 100
        N. Little Rock, AR  72116
        501-791-2277
        501-791-1251 fax

        and

        Randall W. Morley
        Ark.Bar No. 82108
        Randall W. Morley, PLLC
        4705 Somers Ave.
        N. Little Rock, AR  72114
        501-771-9905
        501-758-7116 fax


        By:_s/ Tab Turner_____
           C. Tab Turner

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing pleading has been served on the attorneys set forth below by mail this 7th day of August, 2006.

Mark Breeding and
Bruce E. Munson
Huckabay, Munson, Rowlett, & Moore, P.A.
400 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

                                            s/ Tab Turner
                                            C. Tab Turner