## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| BRANDT CARMICAL AND<br>MANDEE CARMICAL | PLAINTIFFSS |
| VS.   NO. 4:03CV00974 GH | |
| OMNI DISTRIBUTION, INC.,<br>ARMOR HOLDINGS, INC., AND<br>DEFENSE TECHNOLOGY CORPORATION OF<br>AMERICA, INC. | |
| | DEFENDANTS |

### PLAINTIFFS' SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY

The Plaintiffs erroneously omitted the following depositions in their original listing. These depositions just arrived in the office and are hereby added:

1. Deidra Cauley

2. Thomas Wylie

**PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE DISCLOSURE**                                                    **PAGE 1**

RESPECTFULLY SUBMITTED,

Tab Turner
Ark. Bar No. 85158
Turner & Associates, P.A.
4705 Somers Ave., Suite 100
N. Little Rock, AR  72116
501-791-2277
501-791-1251 fax

and

Randall W. Morley
Ark.Bar No. 82108
Randall W. Morley, PLLC
4705 Somers Ave.
N. Little Rock, AR  72114
501-771-9905
501-758-7116 fax


By:_s. Tab Turner_____
    C. Tab Turner

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark Breeding and
Bruce E. Munson
Huckabay, Munson, Rowlett, & Moore, P.A.
400 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

                                                       s/ Tab Turner
                                                       C. Tab Turner