IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDT CARMICHAEL, et al                                                                PLAINTIFFS

V.                                     NO.  4:03CV00974 JWC

OMNI DISTRIBUTION, et al                                                                DEFENDANTS

## ORDER

The Court has been informed by counsel that the parties have settled this case and that Plaintiffs have executed a full release.  Therefore, the case is dismissed in its entirety, with prejudice, pursuant to the terms of the settlement.

IT IS SO ORDERED this 20th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE